[No. 9,972.   Department Two.—April 9, 1885.]

## IN THE MATTER OF THE ESTATE OF HUGH HAMILTON, Deceased.

ESTATE OF DECEASED PERSON—MAINTENANCE OF WIDOW—EFFECT OF SECOND MARRIAGE.—When a widow marries again, she is no longer entitled to an allowance for her maintenance out of the estate of her deceased husband, and an order of allowance theretofore made terminates upon her re-marriage without further order of the court.

APPEAL from certain orders of the Superior Court of Tulare County settling an administrator's account.

The facts are stated in the opinion of the court.

*Brown & Daggett*, for Appellant.

*Atwell & Bradley*, for Respondent.

The COURT.—When Mrs. Hamilton, widow of the deceased, became the wife of Mr. Dale, she was no longer the widow of the deceased, and was no longer entitled to have maintenance out of the estate as such. The order of allowance to her, there-

tofore made, terminated at her second marriage, without the further order of the court. There are no minor children, and therefore no question as to the maintenance of such children. Doubtless the court below can, upon final distribution, treat as advances to Mrs. Dale the amounts improperly paid to her, and have the same deducted from her distributive share.

The orders appealed from are affirmed.

Hearing in Bank denied.